

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00368-CV

| | | |
|---|---|---|
| University of North Texas Health Science Center | § | From the 352nd District Court |
| v. | § | of Tarrant County (352-275721-14) |
| Jessica Jimenez, Jennifer Galo, Catherine Frank, in Their Individual Capacities, and William Tyler II, as Independent Administrator of the Estate of Pamela J. Knight, Deceased | § | August 3, 2017 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order denying Appellant University of North Texas Health Science Center's motion to dismiss is reversed, and we render judgment dismissing the claims of Appellees—Jessica Jimenez, Jennifer Galo, Catherine Frank, in Their Individual Capacities, and William Tyler II, as Independent Administrator of the Estate of Pamela J. Knight, Deceased—against University of North Texas Health Science Center for lack of subject-matter jurisdiction.

It is further ordered that Jessica Jimenez, Jennifer Galo, Catherine Frank, in Their Individual Capacities, and William Tyler II, as Independent Administrator of the Estate of Pamela J. Knight, Deceased shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
   Justice Elizabeth Kerr